## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TAMARA JEANNINE TURNER,** | **)** | |
| **#13983-003** | **)** | |
| | **)** | |
| **Petitioner,** | **)** | |
| | **)** | |
| **vs.** | **)** | **CRIMINAL NO. 14-00054-CG** |
| | **)** | **CIVIL ACTION NO. 16-0267-CG-B** |
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Respondent.** | **)** | |

## <u>ORDER</u>

After due and proper consideration of the issues raised, and there having been
no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C.
§ 636(b)(1)(B) and dated September 12, 2017, is adopted as the opinion of this Court.

**DONE and ORDERED** this 5th day of October, 2017.


/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE