# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TAMARA JEANNINE TURNER, )<br>#13983-003 )<br> )<br>    Petitioner, )<br> )<br>vs. )<br> )<br>UNITED STATES OF AMERICA, )<br> )<br>    Respondent. ) | CRIMINAL NO. 14-00054-CG<br>CIVIL ACTION NO. 16-0267-CG-B |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Doc. 356) is **DENIED**, and **JUDGMENT** is entered in favor of Respondent, the United States of America, and against Petitioner, Tamara Jeannine Turner. The Court further finds that Turner is not entitled to issuance of a Certificate of Appealability, and therefore, is not permitted to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 5th day of October, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE